UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW JOHNSON and CARLA JOHNSON, husband and wife,<br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation,<br>Defendant. | NO. 2:26-cv-02164-JHC<br><br>STIPULATED MOTION AND ORDER TO STAY ACTION |

COME NOW Plaintiffs Andrew Johnson and Carla Johnson ("Plaintiffs") and Defendant State Farm Fire and Casualty Company ("State Farm"), by and through their undersigned counsel, and jointly move the Court for an order staying all proceedings in this matter for a period of six months.

This action arises out of Plaintiffs' claims that State Farm breached the terms of a homeowners insurance policy issued to Plaintiffs in connection with the handling of an insurance claim. The underlying insurance claim is open and ongoing. Plaintiffs nevertheless instituted this action when they did due to a suit-limitation provision in the subject policy. State Farm denies Plaintiffs' claims and preserves all defenses, including but not limited to the defense that Plaintiffs' claims are time-barred.

This Court has not yet issued a Fed. R. Civ. P. 16 scheduling order, nor has it set initial deadlines. The parties request the stay at this early juncture in the hope that six months will be sufficient time to resolve the underlying insurance claim, which may in turn resolve the matters in dispute in this litigation.

The parties therefore respectfully request that the court STAY this action through March 8, 2027. At that time the parties shall file a joint status report advising the Court of the status of the underlying claim and whether further proceedings or dismissal are appropriate.

Submitted this 22nd day of September, 2026.

GORDON TILDEN THOMAS & CORDELL LLP

*/s/ Kasey D. Huebner*
Kasey D. Huebner, WSBA #32890
Anna G. Lloid, WSBA #62813
Attorneys for Plaintiffs
600 University Street, Suite 2915
Seattle, Washington 98101
206-467-6477
khuebner@gordontilden.com
alloid@gordontilden.com

REED McCLURE

*/s/ Julia D. Nordlinger*
Julia D. Nordlinger, WSBA #48046
Of Attorneys for Defendants State Farm Fire & Casualty Company
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161-1087
206-386-7185
jnordlinger@rmlaw.com

**ORDER**

The Court GRANTS the Parties' Stipulated Motion to Stay (Dkt. # 13) and STAYS this action through March 8, 2027.

DATED this 22nd day of September, 2026.

John H. Chun
United States District Judge